JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
JASON HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
hicksja@gtlaw.com
*Counsel for Defendant Specialized Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE Y. HOOPER, an individual; TIMOTHY W. HOOPER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING, LLC, a foreign limited-liability company, <br><br> Defendant. | Case No.: 2:18-cv-00542-APG-CWH <br><br> **STIPULATION AND [PROPOSED] ORDER TO (1) VACATE CLERK'S ENTRY OF DEFAULT; (2) WITHDRAW PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; AND (3) EXTEND THE TIME FOR DEFENDANT TO ANSWER** |

Plaintiffs Michelle Y. Hooper and Timothy W. Hooper ("Plaintiffs"), by and through their counsel of record, The Law Office of Kevin L. Hernandez, and Defendant Specialized Loan Servicing, LLC, ("SLS"), by and through its counsel of record, Greenberg Traurig, LLP, stipulate and request that the Court: (1) vacate the Clerk's entry of default (ECF No. 9); (2) withdraw Plaintiffs' Motion for Default Judgment (ECF No. 10); and (3) extend the time by which SLS must respond to the Complaint by fourteen (14) days. This Stipulation is made and based upon the following:

1. Plaintiffs filed their Complaint on March 26, 2018, in which they allege SLS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* ECF No. 1.

2. An Amended Summons was issued on April 3, 2018. ECF No. 6.

3. The Amended Summons was returned executed on April 13, 2018. ECF No. 7. The Amended Summons was served on National Registered Agents, Inc., in Carson City, Nevada. *Id.*

1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

4. National Registered Agents, Inc., is not SLS' registered agent. Rather, SLS' registered agent with the Nevada Secretary of State is the United Agent Group, Inc., located in Las Vegas, Nevada. Thus, SLS was not served with the Summons and Complaint.

5. Plaintiffs moved for a Clerk's entry of default on June 12, 2018 (ECF No. 8) which was granted the following day (ECF No. 9).

6. Plaintiffs thereafter filed a Motion for Default Judgment on July 5, 2018. (ECF No. 10). That Motion remains pending.

7. SLS has recently become aware of this lawsuit and has retained the undersigned counsel to defend it.

8. In light of the foregoing, the parties stipulate and request that the Court vacate the Clerk's entry of default (ECF No. 9).

9. The parties further stipulate that Plaintiffs' Motion for Default Judgement (ECF No. 10) is withdrawn.

10. Finally, the parties agree that SLS shall have fourteen (14) days from the date of entry of this Order in which to respond to the Complaint.

11. This is the first request for the relief contained herein. This Stipulation is entered into in good faith and not for purposes of delay.

DATED this 24th day of July, 2018.                                  DATED this 24th day of July, 2018.

/s/ Jason Hicks                                                             /s/ Kevin Hernandez
JACOB D. BUNDICK, ESQ.                                         KEVIN L. HERNANDEZ, ESQ.
JASON HICKS, ESQ.                                                    *Attorneys for Plaintiffs*
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 25, 2018

2

LV 421178559v1