Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE Y. HOOPER, an individual; TIMOTHY W. HOOPER, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:18-cv-00542-APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT SPECIALIZED LOAN SERVICING, LLC'S MOTION TO DISMISS [ECF NO. 18]**<br><br>**(First Request)** |

Plaintiffs Timothy W. and Michelle Y. Hooper ("Plaintiffs") by and through their counsel of record, Kevin L. Hernandez, Esq. of the Law Office of Kevin L. Hernandez, and Defendant Specialized Loan Servicing, LLC ("SLS"), by and through its counsel of record, Greenberg Traurig, LLP, stipulate and request that the Court extend Plantiff's time to file a Response to SLS's Motion to Dismiss [ECF No. 18] to **September 28, 2018**.

This is the parties' first request for an extension of this deadline and will be used to explore possible early resolution of the case without incurring additional unnecessary attorney's fees and costs, along with permitting Plaintiffs additional time to investigate and respond to the allegations and evidence raised in the Motion to Dismiss should attempts to resolve the matter fail.

///

This request is entered into in good faith and not for the purpose of delay or prejudice.

DATED this 19th day of September, 2018.　　　DATED this 19th day of September, 2018.

*/s/ Jacob Bundick*　　　　　　　　　　　　　　*/s/ Kevin Hernandez*
JACOB D. BUNDICK, ESQ.　　　　　　　　　　KEVIN L. HERNANDEZ, ESQ.
JASON HICKS, ESQ.　　　　　　　　　　　　　*Attorneys for Plaintiffs*
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2018.