Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE Y. HOOPER, an individual; TIMOTHY W. HOOPER, an individual;<br><br>        Plaintiffs,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a foreign limited-liability company;<br><br>        Defendant. | Case No.: 2:18-cv-00542-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF SPECIALIZED LOAN SERVICING, LLC WITH PREJUDICE** |

    Plaintiffs, Michelle Y. Hooper and Timothy W. Hooper, ("Plaintiffs"), and Defendant, Specialized Loan Servicing, LLC ("SLS") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

Therefore, Plaintiffs and SLS, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) with Plaintiffs and SLS bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 9, 2018                          Dated: November 9, 2018

**LAW OFFICE OF**                               **GREENBERG TRAURIG, LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                         */s/ Jacob D. Bundick*
Kevin L. Hernandez, Esq.                         Jacob D. Bundick, Esq.
Nevada Bar No. 12594                             Nevada Bar No. 9772
2510 Wigwam Parkway, Suite 206                   10845 Griffith Peak Drive
Henderson, Nevada 89074                          Las Vegas, Nevada 89135
kevin@kevinhernandezlaw.com                      bundickj@gtlaw.com
*Attorney for Plaintiffs*                         *Attorneys for Defendant Specialized Loan Servicing, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2018.

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408